

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALIEX PAUL PAPPILLION<br>LA. DOC. #335316 | : | DOCKET NO. 2:10 CV559<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| WARDEN TETE, et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be DENIED and DISMISSED with prejudice as frivolous and for failure to state a claim for which relief may be granted in accordance with 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19 day of July 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE